UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| TONY TOOMBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO. 1:05-CV-104 TS |
| vs. | ) | |
| | ) | |
| JOSEPH MARTIN, | ) | |
| and JOHN KAUFFMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION AND ORDER**

Tony Toombs, a *pro se* prisoner, filed two motions for default against the two Defendants in this case because they have not yet filed an Answer. While it is true that the Defendant did not file an Answer, they did file a notice of initial enlargement of time pursuant to Northern District of Indiana Local Rule 6.1(a). *See Docket Entry* 18. Yet, Rule 6.1(a) is inapplicable in *pro se* cases because it only addresses initial enlargements of time after conferring with opposing counsel, which a *pro se* party does not have. Therefore the appropriate method for seeking this extension of time would have been to use Local Rule 6.1(b) ("Any other request for an extension of time, unless made in open court or at a conference, shall be made by written motion."). The court will construe the Defendants' notice as a motion for enlargement of time and grant it. Because the answer is not yet late, the motions for default must be denied.

For the foregoing reasons, the Court:

(1)   **CONSTRUES** the Defendants' notice [DE 18] as a motion for enlargement of time;

(2)   **GRANTS** the motion for enlargement of time to file an answer [DE 18] to and including July 25, 2005; and

(3)   **DENIES** the Plaintiff's motions for default [DE 25 and 26].

SO ORDERED on July 14, 2005.

                                               S/ Theresa L. Springmann
                                               THERESA L. SPRINGMANN
                                               UNITED STATES DISTRICT COURT